UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : No. 5:13-cr-00200 |
| | : |
| GERARDO ROBERTO HERNANDEZ, | : |
| Defendant. | : |

**O R D E R**

**AND NOW**, this 28th day of March, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

The Motion for Compassionate Release, ECF No. 52, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge